

# Service of Process Transmittal
01/26/2022
CT Log Number 540953911

**TO:** Florence Yee
The Prudential Insurance Company of America
751 BROAD ST
NEWARK, NJ 07102-3714

**RE:** **Process Served in Texas**

**FOR:** Assurance IQ, LLC  (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Daniel Graham vs. Assurance IQ LLC |
| **DOCUMENT(S) SERVED:** | Citation, Return, Petition, |
| **COURT/AGENCY:** | Travis County Justice Court, TX<br>Case # J2CV22000276 |
| **NATURE OF ACTION:** | Petition for seeks damages in the amount of $20,000.00 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/26/2022 postmarked on 01/24/2022 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By the end of the 14th day after the day you were served with these papers |
| **ATTORNEY(S) / SENDER(S):** | Daniel Graham<br>5812 Mossbrook Trail<br>Dallas, TX 75252<br>214-236-7996 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/27/2022, Expected Purge Date: 02/01/2022 |
| | Image SOP |
| | Email Notification,  Legal Process Unit  legal.process.unit@prudential.com |
| | Email Notification,  Susan Arizzo  susan.arizzo@prudential.com |
| | Email Notification,  Rosalia Bernal  rosalia.bernal@prudential.com |
| | Email Notification,  Darbi Luzzi  darbi.luzzi@prudential.com |
| | Email Notification,  Veronica O'Neal  veronica.oneal@prudential.com |
| | Email Notification,  Lissette Diaz  lissette.diaz@prudential.com |
| | Email Notification,  Pamela Sidoti  pamela.sidoti@prudential.com |
| | Email Notification,  Cheryl Moore  cheryl.moore@prudential.com |

**EXHIBIT A**



**Service of Process Transmittal**
01/26/2022
CT Log Number 540953911

| | |
|---|---|
| **TO:** | Florence Yee<br>The Prudential Insurance Company of America<br>751 BROAD ST<br>NEWARK, NJ 07102-3714 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Assurance IQ, LLC  (Domestic State: WA) |

Email Notification,  Florence Yee  Florence.Yee@Prudential.com

Email Notification,  Julianne Hackett  julianne.hackett@prudential.com

Email Notification,  Karen Ackland  karen.ackland@prudential.com

Email Notification,  Abel Njonguo  abel.njonguo@prudential.com

Email Notification,  John Zwick  john.zwick@prudential.com

Email Notification,  Alison Fitzsimmons  alison.fitzsimmons@prudential.com

| | |
|---|---|
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / DK



**JUDGE RANDALL SLAGLE**
*JUSTICE OF THE PEACE, PRECINCT TWO*
*TRAVIS COUNTY, TEXAS*
*10409 Burnet Road, Suite 180, Austin, Texas 78758*

| *Criminal Division* | Fax: 512-854-4535 | *Civil Division* |
|---|---|---|
| 512-854-4545 | Email:jp2@traviscountytx.gov | 512-854-6367 |

Assurance IQ LLC
c/o CT Corporation System
1999 Bryan St. Suite 900
Dallas, TX

## JUSTICE COURT CITATION

**Docket Number:** J2-CV-22-000276

**Plaintiff:**
**Daniel Graham**
5812 MOSSBROOK TRAIL
DALLAS TX 75252

vs.

**Defendant:**
**Assurance IQ LLC**
10500 NE 8TH STREET, SUITE 1450
BELLEVUE WA  98004

Represented by:

By Serving:
CT CORPORATION SYSTEM
1999 BRYAN ST. SUITE 900
DALLAS, TX 75201

**THE STATE OF TEXAS** to: ASSURANCE IQ LLC, Defendant(s):

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

Filed on the 20th day of January, 2022.  Issued and given under my hand on the 21st day of January, 2022.

*[signature]*

JUDGE RANDALL SLAGLE
JUSTICE OF THE PEACE, PRECINCT 2
10409 BURNET ROAD, SUITE 180
AUSTIN, TEXAS 78758
JP2@traviscountytx.gov

# JUSTICE COURT CITATION

Judge Randall Slagle
Travis County Justice of the Peace, Precinct 2
Cause No. J2-CV-22-000276
Daniel Graham vs. Assurance IQ LLC

OFFICER'S RETURN

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Came to hand on the _____ day of _____, 20____ at _____ o'clock ____M.
Executed at _____ o'clock ____M on the _____ of _____, 20____, by delivering a true copy of this citation together with the accompanying copy of the petition after endorsing the date of delivery on the citation, to the Defendant: _____

(Check manner of service below)

___ In person at 10500 Ne 8th Street, Suite 1450 Bellevue Wa 98004

___ By Rule 501.2(e); by attaching to the front door at 10500 Ne 8th Street, Suite 1450 Bellevue Wa 98004 and mailing a copy by first class mail on _____ 20____.

___ By Rule 501.2(e); by delivering to _____, who is at least 16 years of age at 10500 Ne 8th Street, Suite 1450 Bellevue Wa 98004 and mailing a copy by first class mail on _____ 20____.

___ Other; _____

___ Not Executed; _____

To certify which witness my hand officially,

Adan Ballesteros, Constable
Travis County Constable Pct. 2

Service Fee: _____

By Deputy_____

Print Name_____

# PETITION: SMALL CLAIMS CASE

FILED: 1/20/2022 8:34 PM
JUDGE RANDALL SLAGLE
JUSTICE OF THE PEACE, PCT. 2
TRAVIS COUNTY, TEXAS

J2-CV-22-000276

CASE NO. (court use only) _____

In the Justice Court, Precinct __2__, __Travis__ County, Texas

**Daniel Graham**
PLAINTIFF

VS.

**Assurance IQ LLC 10500 NE 8th Street, Suite 1450 Bellevue, WA 98004**
DEFENDANT(S)

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
In December 2021 and January 2022, Assurance IQ and/or their affiliates called and sent texts to my phone number which is listed on the national do not call list in violation of the TCPA. They did this at least six times, each time in violation of the TCPA. Additionally, each text made a false claim that there was money available in my name and I could claim it by clicking the link in the text. I am asking for the full amount allowed by TCPA, multiplied by 3 based on deceptive business practices. This amount is more than $20K, so I am asking for the max allowed in small claim court.

**RELIEF:** Plaintiff seeks damages in the amount of   $20,000.00  , and/or return of personal property as described as follows (be specific):                                                                      , which has a value of
Additionally, plaintiff seeks the following:

plus all costs of court as allowed by law.
**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**C T Corporation System**
**1999 Bryan St. Suite 900 Dallas, TX 75201-3136**
**(I am requested the court please send certified mail as service)**
[X] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: **danielgrahamcpa@gmail.com**                                                   .
I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

| **Daniel Graham** | **/s/ Daniel Graham** |
|---|---|
| Petitioner's Printed Name | Signature of Plaintiff or Attorney |

**5812 Mossbrook Trail**
Address of Plaintiff's Attorney, if any, or Plaintiff if none

**DEFENDANT(S) INFORMATION** (if known):
DATE OF BIRTH:_____

**Dallas, TX 75252**
City                                State                             Zip

*LAST 3 NUMBERS OF DRIVER LICENSE:_____
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

Ph.   **214-236-7996**            Fax. _____
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none
**danielgrahamcpa@gmail.com**

DEFENDANT'S PHONE NUMBER:_____

Small Claim Petition. 7/2013